UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DG Cogen Partners, LLC

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: **SBA**

HESS MICROGEN, LLC; HESS CORPORATION, formerly known as AMERADA HESS CORPORATION; DOOSAN INFRACORE AMERICA CORPORATION, individually and as successor-in-interest to DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION; ADVANCED POWER DISTRIBUTORS, INC.; and DOES 1-100, inclusive

CV 08    3249

E-filing

TO: (Name and address of defendant)

HESS CORPORATION, formerly known as AMERADA HESS CORPORATION
CT Corporation System
818 W. Seventh St.
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRENDA N. BUONAIUTO, Bar No. 173919
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE   JUL - 3 2008

ANNA SPRINKLES

(BY) DEPUTY CLERK

NDCAO440