1  PAUL ANDRE (State Bar No. 196585)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  JAMES HANNAH (State Bar No. 237978)
   KING & SPALDING LLP
3  Four Embarcadero Center
   Suite 3500
4  San Francisco, California 94111
   Telephone: (415) 318-1200
5  Facsimile: (415) 318-1300
   Email: pandre@kslaw.com
6         bbuonaiuto@kslaw.com
          jhannah@kslaw.com
7
   Attorneys for Plaintiff
8  DG COGEN PARTNERS, LLC

ORIGINAL FILED

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

CV 08 3249 SBA

| | |
|---|---|
| DG COGEN PARTNERS, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>HESS MICROGEN, LLC; HESS CORPORATION, formerly known as AMERADA HESS CORPORATION; DOOSAN INFRACORE AMERICA CORPORATION, individually and as successor-in-interest to DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION; ADVANCED POWER DISTRIBUTORS, INC.; and DOES 1-100, inclusive,<br><br>                    Defendants. | CASE NO.<br><br>**PLANITIFF DG COGEN PARTNERS, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**[CIV. L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associates of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

///

///

---

PLANTIFF DG COGEN PARTNERS, LLC'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  substantially affected by the outcome of this proceeding: DG Cogen Partners, LLC is wholly-
2  owned by 1211658 Alberta, Ltd., a Canadian holding company.

4  Dated: July 3, 2008                          KING & SPALDING LLP

6                                               By: /s/ Brenda N. Buonaiuto
7                                               BRENDA N. BUONAIUTO
                                                Attorneys for Plaintiff
                                                DG COGEN PARTNERS, LLC

2

PLANITIFF DG COGEN PARTNERS, LLC'S
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS