1  PAUL ANDRE (State Bar No. 196585)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  JAMES HANNAH (State Bar No. 237978)
   KING & SPALDING LLP
3  Four Embarcadero Center
   Suite 3500
4  San Francisco, California 94111
   Telephone: (415) 318-1200
5  Facsimile: (415) 318-1300
   Email: pandre@kslaw.com
6         bbuonaiuto@kslaw.com
          jhannah@kslaw.com
7
   Attorneys for Plaintiff
8  DG COGEN PARTNERS, LLC

9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 | DG COGEN PARTNERS, LLC,              | CASE NO.
14 |            Plaintiff,                | **DISCLOSURE STATEMENT OF PLAINTIFF DG COGEN PARTNERS, LLC [F.R.C.P. 7.1]**
15 |   v.                                 |
16 | HESS MICROGEN, LLC; HESS             |
17 | CORPORATION, formerly known as       |
   | AMERADA HESS CORPORATION;            |
18 | DOOSAN INFRACORE AMERICA             |
   | CORPORATION, individually and as     |
19 | successor-in-interest to DAEWOO HEAVY|
   | INDUSTRIES AMERICA CORPORATION;      |
20 | ADVANCED POWER DISTRIBUTORS,         |
   | INC.; and DOES 1-100, inclusive,     |
21 |            Defendants.               |

Stamps: ORIGINAL FILED JUL - 3 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; E-filing; SBA; CV 08 3249

DISCLOSURE STATEMENT OF PLAINTIFF DG COGEN PARTNERS, LLC

1   Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff DG Cogen Partners, LLC
2   submits the following disclosure statement: DG Cogen Partners, LLC is wholly owned by
3   1211658 Alberta, Ltd., a Canadian holding company.
4
5   Dated: July 3, 2008                    KING & SPALDING LLP
6
7                                          By: /s/ Brenda N. Buonaiuto
                                               BRENDA N. BUONAIUTO
8                                              Attorneys for Plaintiff
                                               DG COGEN PARTNERS, LLC
9

2

DISCLOSURE STATEMENT OF PLAINTIFF DG COGEN PARTNERS, LLC

5160898