1  PAUL ANDRE (State Bar No. 196585)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  JAMES HANNAH (State Bar No. 237978)
   KING & SPALDING LLP
3  Four Embarcadero Center
   Suite 3500
4  San Francisco, California 94111
   Telephone: (415) 318-1200
5  Facsimile: (415) 318-1300
   Email: pandre@kslaw.com
6         bbuonaiuto@kslaw.com
          jhannah@kslaw.com
7
8  Attorneys for Plaintiff
   DG COGEN PARTNERS, LLC
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

14  DG COGEN PARTNERS, LLC,           CASE NO. CV 08-3249 SBA

15              Plaintiff,            **CERTIFICATE OF SERVICE OF
                                      SUMMONS AND COMPLAINT ON
16         v.                         DOOSAN INFRACORE AMERICA
                                      CORPORATION**
17  HESS MICROGEN, LLC; HESS
18  CORPORATION, formerly known as
    AMERADA HESS CORPORATION;
19  DOOSAN INFRACORE AMERICA
20  CORPORATION, individually and as
    successor-in-interest to DAEWOO HEAVY
21  INDUSTRIES AMERICA CORPORATION;
    ADVANCED POWER DISTRIBUTORS,
22  INC.; and DOES 1-100, inclusive,
23
                Defendants.
24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. CV 08-3249 SBA

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| KING & SPALDING<br>FOUR EMBARCADERO CENTER, 35TH FL.<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-318-1200    FAX No: 415-318-1300 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>15711-197001 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California, San Francisco Division | | |
| Plaintiff: DG COGEN PARTNERS, LLC | | |
| Defendant: HESS MICROGEN, LLC; ET AL | | |

| PROOF OF SERVICE<br>SUMMONS CIVIL/CASE | Hearing Date:<br>Wed, Oct. 08, 2008 | Time:<br>3:00PM | Dept/Div:<br>RM 3 | Case Number:<br>CV083249 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA BROCHURE; JUDGE ARMSTRONG'S STANDING ORDERS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; DISCLOSURE STATEMENT OF PLAINTIFF; CERTIFICATE OF INTERESTED ENTITIES OR PERSONS.

3. a. Party served:    DOOSAN INFRACORE AMERICA CORPORATION, individually and as successor-in-interest to DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION, BY SERVING: CSC LAWYERS INCORPORATING SERVICE, AGENT FOR SERVICE
   b. Person served:    BECKY DEGEORGE, CLERK, AUTHORIZED TO ACCEPT

4. Address where the party was served:    2730 GATEWAY OAKS DRIVE, SUITE 100
SACRAMENTO, CA 95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 21, 2008 (2) at: 1:45PM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. STEPHANIE BARBER
   d. The Fee for Service was:
   
   A & A LEGAL SERVICE
   
   e. I am: (3) registered California process server
       (i) Independent Contractor
   1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM    (ii) Registration No.: 2002-17
   Burlingame, CA 94010-1602    Fax (650) 697-4640    (iii) County: Sacramento
   (650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jul. 24, 2008

Judicial Council Form    PROOF OF SERVICE    (STEPHANIE BARBER)
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS CIVIL/CASE    3181200.47094