```
 1  PAUL ANDRE (State Bar No. 196585)
    BRENDA N. BUONAIUTO (State Bar No. 173919)
 2  JAMES HANNAH (State Bar No. 237978)
    KING & SPALDING LLP
 3  Four Embarcadero Center
    Suite 3500
 4  San Francisco, California 94111
    Telephone: (415) 318-1200
 5  Facsimile: (415) 318-1300
    Email: pandre@kslaw.com
 6         bbuonaiuto@kslaw.com
           jhannah@kslaw.com
 7
    Attorneys for Plaintiff
 8  DG COGEN PARTNERS, LLC
 9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12
13
14  DG COGEN PARTNERS, LLC,              CASE NO. CV 08-3249 SBA
15              Plaintiff,               CERTIFICATE OF SERVICE OF
                                         SUMMONS AND COMPLAINT ON
16         v.                            ADVANCED POWER
                                         DISTRIBUTORS, INC.
17
    HESS MICROGEN, LLC; HESS
18  CORPORATION, formerly known as
    AMERADA HESS CORPORATION;
19  DOOSAN INFRACORE AMERICA
    CORPORATION, individually and as
20  successor-in-interest to DAEWOO HEAVY
    INDUSTRIES AMERICA CORPORATION;
21  ADVANCED POWER DISTRIBUTORS,
    INC.; and DOES 1-100, inclusive,
22
23              Defendants.
24
25
26
27
28
```

CERTIFICATE OF SERVICE
CASE NO. CV 08-3249 SBA

| *Attorney or Party without Attorney:* KING & SPALDING<br>FOUR EMBARCADERO CENTER, 35TH FL.<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-318-1200  *FAX No:* 415-318-1300 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* 15711-197001 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California, San Francisco Division

*Plaintiff:* DG COGEN PARTNERS, LLC
*Defendant:* HESS MICROGEN, LLC; ET AL

| **PROOF OF SERVICE SUMMONS CIVIL/CASE** | *Hearing Date:* Wed, Oct. 08, 2008 | *Time:* 3:00PM | *Dept/Div:* RM 3 | *Case Number:* CV083249 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA BROCHURE; JUDGE ARMSTRONG'S STANDING ORDERS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; DISCLOSURE STATEMENT OF PLAINTIFF; CERTIFICATE OF INTERESTED ENTITIES OR PERSONS.

3. a. Party served:       ADVANCED POWER DISTRIBUTORS, INC.
   b. Person served:     BRAD KIMBALL--AUTHORIZED TO ACCEPT

4. Address where the party was served:   WEST HIGHWAY 56
                                         SUBLETTE, KS 67877

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 21, 2008 (2) at: 1:05PM

7. Person Who Served Papers:
   a. THAYNE WRIGHT

   d. *The Fee for Service was:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)

   e. I am: Exempt from registration under B&B 22350(b)



1541 Bayshore Hwy.   GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602
(650) 697-9431          Fax (650) 697-4640

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jul. 24, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS CIVIL/CASE

*(THAYNE WRIGHT)*

3181200.47096