PAUL ANDRE (State Bar No. 196585)
BRENDA N. BUONAIUTO (State Bar No. 173919)
JAMES HANNAH (State Bar No. 237978)
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: pandre@kslaw.com
       bbuonaiuto@kslaw.com
       jhannah@kslaw.com

Attorneys for Plaintiff
DG COGEN PARTNERS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DG COGEN PARTNERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HESS MICROGEN, LLC; HESS CORPORATION, formerly known as AMERADA HESS CORPORATION; DOOSAN INFRACORE AMERICA CORPORATION, individually and as successor-in-interest to DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION; ADVANCED POWER DISTRIBUTORS, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. CV 08-3249 SBA<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT ON HESS CORPORATION** |

CERTIFICATE OF SERVICE
CASE NO. CV 08-3249 SBA

| *Attorney or Party without Attorney:* <br> KING & SPALDING <br> FOUR EMBARCADERO CENTER, 35TH FL. <br> SAN FRANCISCO, CA 94111 <br> *Telephone No:* 415-318-1200   *FAX No:* 415-318-1300 <br> *Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* 15711-197001 | |

| *Insert name of Court, and Judicial District and Branch Court:* |
|---|
| United States District Court, Northern District Of California, San Francisco Division |

| *Plaintiff:* DG COGEN PARTNERS, LLC |
|---|
| *Defendant:* HESS MICROGEN, LLC; ET AL |

| **PROOF OF SERVICE** <br> **SUMMONS CIVIL/CASE** | *Hearing Date:* <br> Wed, Oct. 08, 2008 | *Time:* <br> 3:00PM | *Dept/Div:* <br> RM 3 | *Case Number:* <br> CV083249 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA BROCHURE; JUDGE ARMSTRONG'S STANDING ORDERS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; DISCLOSURE STATEMENT OF PLAINTIFF; CERTIFICATE OF INTERESTED ENTITIES OR PERSONS.

3. a. *Party served:* HESS CORPORATION, formerly known as AMERADA HESS CORPORATION, BY SERVING: CT CORPORATION SYSTEM, AGENT FOR SERVICE
   b. *Person served:* MARGARET WILSON, AUTHORIZED TO ACCEPT SERVICE

4. *Address where the party was served:* 818 W. SEVENTH STREET LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 21, 2008 (2) at: 2:03PM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CARL ROBINSON
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:* 4943
      (iii) *County:* Los Angeles

**A & A LEGAL SERVICE**
1541 Bayshore Hwy.   GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602   Fax (650) 697-4640
(650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jul. 24, 2008

Judicial Council Form   PROOF OF SERVICE   (CARL ROBINSON)
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS CIVIL/CASE   3181200.47093