1  PAUL ANDRE (State Bar No. 196585)
   BRENDA N. BUONAIUTO (State Bar No. 173919)
2  JAMES HANNAH (State Bar No. 237978)
   KING & SPALDING LLP
3  Four Embarcadero Center
   Suite 3500
4  San Francisco, California 94111
   Telephone: (415) 318-1200
5  Facsimile: (415) 318-1300
   Email: pandre@kslaw.com
6         bbuonaiuto@kslaw.com
          jhannah@kslaw.com
7
   Attorneys for Plaintiff
8  DG COGEN PARTNERS, LLC

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  DG COGEN PARTNERS, LLC,              CASE NO. CV 08-3249 SBA

15         Plaintiff,                    **CERTIFICATE OF SERVICE OF**
                                         **SUMMONS AND COMPLAINT ON**
16         v.                            **HESS MICROGEN, LLC**

17  HESS MICROGEN, LLC; HESS
18  CORPORATION, formerly known as
    AMERADA HESS CORPORATION;
19  DOOSAN INFRACORE AMERICA
    CORPORATION, individually and as
20  successor-in-interest to DAEWOO HEAVY
    INDUSTRIES AMERICA CORPORATION;
21  ADVANCED POWER DISTRIBUTORS,
    INC.; and DOES 1-100, inclusive,
22
              Defendants.
23

24

25

26

27

28

CERTIFICATE OF SERVICE
CASE NO. CV 08-3249 SBA

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>KING & SPALDING<br>FOUR EMBARCADERO CENTER, 35TH FL.<br>SAN FRANCISCO, CA 94111<br>*Telephone No:* 415-318-1200    *FAX No:* 415-318-1300 | | | | *For Court Use Only* |
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:*<br>15711-197001 | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California, San Francisco Division | | | | |
| *Plaintiff:* DG COGEN PARTNERS, LLC | | | | |
| *Defendant:* HESS MICROGEN, LLC; ET AL | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS CIVIL/CASE** | *Hearing Date:*<br>Wed, Oct. 08, 2008 | *Time:*<br>3:00PM | *Dept/Div:*<br>RM 3 | *Case Number:*<br>CV083249 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA BROCHURE; JUDGE ARMSTRONG'S STANDING ORDERS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; DISCLOSURE STATEMENT OF PLAINTIFF; CERTIFICATE OF INTERESTED ENTITIES OR PERSONS.

3. a. Party served:    HESS MICROGEN, LLC, BY SERVING: FRANCIS D. LMLAY, AGENT FOR SERVICE

4. Address where the party was served:    524 GRANITE WAY
   Vacaville, CA 95688

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sat., Jul. 19, 2008 (2) at: 4:31PM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TOMMY LOWE
   d. The Fee for Service was:
   e. I am: (3) registered California process server
        (i) Independent Contractor
        (ii) Registration No.:    141
        (iii) County:    Solano

★ A & A LEGAL SERVICE ★

1541 Bayshore Hwy.    GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602    Fax (650) 697-4640
(650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Jul. 25, 2008

*(TOMMY LOWE)*    3181200.47087

*Judicial Council Form*    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS CIVIL/CASE