1  Brenda N. Buonaiuto (State Bar No. 173919)
   KING & SPALDING LLP
2  Four Embarcadero Center, Suite 3500
   San Francisco, CA 94111
3  Telephone: (415) 318-1200/Fax: (415) 318-1300
4  Email: bbuonaiuto@kslaw.com
   Attorneys For Plaintiff
5  DG Cogen Partners, LLC

6  Cameron S. Walker (State Bar No. 5-1451)
   SCHWARTZ, BON, WALKER & STUDER, LLC
7  141 South Center Street, Suite 500
   Casper, WY 82601
8  Telephone: (307) 235-6681/Fax: (307) 234-5099
9  Email: cam@schwartzbon.com
   Attorneys For Defendant Advanced Power
10 Distributors, Inc.

11                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION
13
   DG COGEN PARTNERS, LLC,              )
14                                       )
          Plaintiff,                     )
15                                       )
   vs.                                   )  Case No. CV 08 3249 (SBA)
16                                       )
                                         )
17 HESS MICROGEN, LLC; HESS              )
   CORPORATION, formerly known as       )
18 AMERADA HESS CORPORATION;            )
   DOOSAN INFRACORE AMERICA             )
19 CORPORATION, individually and as     )
   successor-in-interest to DAEWOO HEAVY)
20 INDUSTRIES AMERICA CORPORATION;      )
   ADVANCED POWER DISTRIBUTORS,         )
21 INC.; and DOES 1-100, inclusive,     )
                                         )
22                                       )
          Defendants.                    )
23

24        **STIPULATION TO EXTEND TIME FOR**
       **ADVANCED POWER DISTRIBUTORS, INC. TO ANSWER**

---

Plaintiff, DG Cogen Partners, LLC, and defendant, Advanced Power Distributors, Inc., agree that Advanced Power Distributors, Inc. shall have up to and including September 2, 2008 to answer, plead, or otherwise respond to plaintiff's Complaint herein.

IT IS SO STIPULATED this 7th day of August, 2008.

*[signature]*
Brenda N. Buonaiuto (State Bar No. 173919)
KING & SPALDING LLP
Four Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 318-1200
Fax: (415) 318-1300
Email: bbuonaiuto@kslaw.com
Attorneys For Plaintiff, DG Cogen Partners, LLC

*[signature]*
Cameron S. Walker (State Bar No. 5-1451)
SCHWARTZ, BON, WALKER & STUDER, LLC
141 South Center Street, Suite 500
Casper, WY 82601
Telephone: (307) 235-6681
Fax: (307) 234-5099
Email: cam@schwartzbon.com
Attorneys For Defendant, Advanced Power Distributors, Inc. (pro hac vice appearance anticipated)

---

STIPULATION TO EXTEND TIME FOR ADVANCED POWER DISTRIBUTROS, INC. TO ANSWER
Case No.: CV 08 3249 SBA