MICHAEL H. BAI
LITTLETON JOYCE UGHETTA PARK & KELLY LLP
39 Broadway, 34th Floor
New York, NY 10006
Telephone: (212) 404-5777
Facsimile: (212) 232-0088
Email: michael.bai@littletonjoyce.com
Attorneys for Doosan Infracore America Corp. formerly known as Daewoo Heavy Industries America Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DG COGEN PARTNERS, LLC<br><br>Plaintiff,<br><br>v.<br><br>HESS MICROGEN, LLC; HESS CORPORATION, formerly known as AMERADA HESS CORPORATION; DOOSAN INFRACORE AMERICA CORP., individually and as successor-in-interest to DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION; ADVANCED POWER DISTRIBUTORS, INC.; and DOES 1-100, inclusive<br><br>Defendants. | Case No. CV 08 3249 (SBA)<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR MOVE** |

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorney for the Plaintiff in the above-referenced action, that the time to answer and/or otherwise move in the above matter of defendant DOOSAN INFRACORE AMERICA CORP., formerly known as Daewoo Heavy Industries America Corp., is hereby extended to August 25, 2008.

Dated: August 7, 2008

---

*DG Cogen Partners, LLC v. Doosan Infracore America Corp., et al.* – Case No. CV 08 3249 (SBA)
Stipulation Extending Time to Answer or Move

1

1  KING & SPALDING LLP

2

3  By: *(signature)* Brenda N. Buonaiuto, Esq. (State Bar No. 173919)
4      Attorney for Plaintiffs
       DG COGEN PARTNERS, LLC
5      Four Embarcadero Center, Suite 3500
       San Francisco, CA 94111
6

7

8  LITTLETON JOYCE UGHETTA PARK & KELLY LLP

9

10 *(signature)*

11
   By:  Michael H. Bai, Esq. (Admitted in NY Only[1])
12      Attorney for Defendant
        DOOSAN INFRACORE AMERICA CORP.
13      39 Broadway, 34th Floor
        New York, NY 10006
14

---

[1] Counsel for Doosan Infracore America Corp. is entering into this stipulation for an extension of time as we retain local counsel to defend Doosan Infracore America Corp.'s interest. The execution and entry of this stipulation should not be deemed as counsel's attempt to practice law in the United States District Court, Northern District of California.

*DG Cogen Partners, LLC v. Doosan Infracore America Corp., et al.* – Case No. CV 08 3249 (SBA)
Stipulation Extending Time to Answer or Move