```
Geoffrey D. Ferrer, State Bar No. 147924
Steven L. Rodriguez, State Bar No. 199313
Daniel D. Harshman, State Bar No. 177139
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, California  94104
Telephone: 415.617.6100
Facsimile: 415.617.6101
Email: gferrer@cozen.com
       srodriguez@cozen.com
       dharshman@cozen.com

Attorneys for Defendants
HESS MICROGEN, LLC and
HESS CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DG COGEN PARTNERS, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>HESS MICROGEN, LLC; HESS CORPORATION, formerly known as AMERADA HESS CORPORATION; DOOSAN INFRACORE AMERICA CORPORATION, individually and as successor-in-interest to DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION; ADVANCED POWER DISTRIBUTORS, INC.; and DOES 1-100, inclusive,<br><br>  Defendants. | Case No.: 08 CV 3249 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff DG COGEN PARTNERS, LLC, by and through its counsel of record in this action, Brenda N. Buonaiuto, Esq., of King & Spalding, LLP, and defendants HESS MICROGEN, LLC and HESS CORPORATION (hereinafter "Defendants"), by and through their attorney of record, Cozen O'Connor, that Defendants have a three week extension of time to and including August 29, 2008 to answer or move with respect to the complaint.

///

///

1   IT IS SO STIPULATED.

2   DATED: August 7, 2008                    KING & SPALDING LLP

3

4                                            By: /s/ Brenda Buonaiuto
                                                 BRENDA N. BUONAIUTO,
5                                                Attorneys for Plaintiff
                                                 DG COGEN PARTNERS, LLC
6

7   DATED: August 7th, 2008                  COZEN O'CONNOR

8

9                                            By: /s/
                                                 GEOFFREY D. FERRER
10                                               STEVEN L. RODRIGUEZ
                                                 DANIEL D. HARSHMAN
11                                               Attorneys for Defendants
                                                 HESS MICROGEN, LLC
12                                               and HESS CORPORATION

13

14                                    **ORDER**

15   The court having reviewed the foregoing stipulation, and good cause appearing,

16  IT IS ORDERED:

17      1.   That Defendants HESS MICROGEN, LLC and HESS CORPORATION have a three

18  week extension of time to and including August 29, 2008 to answer or move with respect to the

19  complaint.

20  DATED: _____

21                                            _____
                                              UNITED STATES DISTRICT JUDGE
22

23

24  SAN_FRANCISCO\48416\1  107877.000

25

26

27

28