Clear Form

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT

for the

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DC COGEN PARTNERS, LLC AND 1211658 ALBERTA, LTD.,<br><br><br>Plaintiff<br>v.<br>HESS MICROGEN, LLC;HESS CORPORATION, formerly known as AMERADA HESS CORPORATION;DOOSAN INFRACORE CO. LTD., (SEE ATTACHMENT)<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No.  4:08-cv-03249-SBA |

### Summons in a Civil Action

To:  DOOSAN INFRACORE CO. LTD.

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

LISA KOBIALKA, Bar No.  191404
KING & SPALDING LLP
1000 Bridge Parkway
Suite 100
Redwood City, CA  94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  'AUG 2 5 2008

KELLY COLLINS
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## ATTACHMENT TO SUMMONS

formerly known as DAEWOO HEAVY INDUSTRIES & MACHINERY
LTD.,DOOSAN INFRACORE AMERICA CORPORATION, formerly known as
DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION;ADVANCED
POWER DISTRIBUTORS, INC.; and DOES 1-100, inclusive,

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

 

                                         _____
                                                      Server's signature

                                         _____
                                                    Printed name and title

                                         _____
                                                     Server's address