Geoffrey D. Ferrer, State Bar No. 147924
Steven L. Rodriguez, State Bar No. 199313
Daniel D. Harshman, State Bar No. 177139
COZEN O'CONNOR
425 California Street, Suite 2400
San Francisco, California  94104
Telephone: 415.617.6100
Facsimile: 415.617.6101
Email: gferrer@cozen.com
       srodriguez@cozen.com
       dharshman@cozen.com

Attorneys for Defendants
HESS MICROGEN, LLC and
HESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DG COGEN PARTNERS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>HESS MICROGEN, LLC; HESS CORPORATION, formerly known as AMERADA HESS CORPORATION; DOOSAN INFRACORE AMERICA CORPORATION, individually and as successor-in-interest to DAEWOO HEAVY INDUSTRIES AMERICA CORPORATION; ADVANCED POWER DISTRIBUTORS, INC.; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 08 CV 3249 SBA<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff DG COGEN PARTNERS, LLC, by and through its counsel of record in this action, Brenda N. Buonaiuto, Esq., of King & Spalding, LLP, and defendants HESS MICROGEN, LLC and HESS CORPORATION (hereinafter "Defendants"), by and through their attorney of record, Cozen O'Connor, that Defendants have a three week extension of time to and including August 29, 2008 to answer or move with respect to the complaint.

///

///

1
STIPULATION AND ORDER
Case No. 08-CV-3249 SBA

1 | IT IS SO STIPULATED.

DATED: August ___, 2008          KING & SPALDING LLP

By: /s/
    BRENDA N. BUONAIUTO,
    Attorneys for Plaintiff
    DG COGEN PARTNERS, LLC

DATED: August ___, 2008          COZEN O'CONNOR

By: /s/
    GEOFFREY D. FERRER
    STEVEN L. RODRIGUEZ
    DANIEL D. HARSHMAN
    Attorneys for Defendants
    HESS MICROGEN, LLC
    and HESS CORPORATION

**ORDER**

The court having reviewed the foregoing stipulation, and good cause appearing,

IT IS ORDERED:

1.   That Defendants HESS MICROGEN, LLC and HESS CORPORATION have a three week extension of time to and including August 29, 2008 to answer or move with respect to the complaint.

DATED: 9/2/08

_/s/ Saundra B. Armstrong_
UNITED STATES DISTRICT JUDGE

SAN_FRANCISCO\48416\1  107877.000